# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW PERRONG,** *et al.*, | CIVIL ACTION |
| *Plaintiffs,* | |
| v. | NO. 22-2824 |
| **SUNWISE ENERGY LLC,** | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 12th day of December, 2022, it having been reported to the Court that the above-captioned action has been settled, it is hereby **ORDERED** that:

1. This action and any pending motions are hereby administratively terminated;

2. This Order shall not constitute a dismissal Order under the Federal Rules of Civil Procedure;

3. Within **sixty (60)** days after entry of this Order, the parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened; and

4. Absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**