# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW PERRONG,** *et al.*, | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| v. | : | **NO. 22-2824** |
| **SUNWISE ENERGY LLC,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 14th day of February, 2023, in accordance with this Court's order dated December 12, 2022 (ECF No. 17), and no further communication having been received from the parties, it is hereby **ORDERED** that this case is **DISMISSED** with prejudice.

This case is marked **CLOSED.**

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**